

NORTH CAROLINA WESTERN
MEMORANDUM

**Date:** December 15, 2014

**To:** The Honorable Robert J. Conrad Jr.
U.S. District Court Judge

**From:** John T. Holiday
U.S. Probation Officer

**Subject:** Bella Ceballos, Docket# 3:10 cr 00210-2; Defendant's request to travel

---

This is in reference to the above named individual, who was convicted on 11/29/2011 of Conspiracy to Possess with Intent to Distribute Marijuana, 21 U.S.C. 846 and 21 U.S.C. 841 (b)(1)(A) and sentenced to 70 months imprisonment to be followed by 5 years supervised release. Special conditions included a special assessment of $100.00, which had been satisfied.

Ms. Ceballos has requested permission to travel to Guadalajara Jalisco, Mexico to visit her daughters who she has not seen in about 5 years. One of the daughters will be celebrating a birthday on 4/29/2015 and the other will have a birthday 5/2/2015. Ms. Ceballos will also be celebrating mother's day as well. Ms. Ceballos would like to depart 4/29/2015 and return 5/13/2015. Ms. Ceballos has provided all the pertinent information regarding travel and knows she will need to turn her passport back to this officer upon return. Ms. Ceballos began her supervision on 8/14/2014 and has maintained a stable residence, two jobs, and all of her drug screens have yielded negative results. She is also cooperative with this officer's requests. Based on the Ms. Ceballos' compliance at this time, it is respectfully recommended that her request be granted at this time contingent upon his continued compliance.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact me at 704-578-3475.

( x ) Permission to travel approved contingent upon continued compliance
(  ) Permission to travel denied
(  ) Other

Signed: December 22, 2014

Robert J. Conrad, Jr.
United States District Judge