**To:** The Honorable Robert J. Conrad, Jr.
U.S. District Court Judge

**From:** Valerie G. Debnam
United States Probation Officer

**Subject:** **Bella Arlin Ceballos**
Case Number: 0419 3:10CR00210- 002
**OUT-OF-COUNTRY TRAVEL**

**Date:** 5/18/2017



**NORTH CAROLINA WESTERN**
**MEMORANDUM**

---

Ms. Ceballos appeared before Your Honor on November 29, 2011, for Conspiracy to Possess with Intent to Distribute Marijuana. Ms. Ceballos was sentenced to seventy (70) months imprisonment followed by a five (5) year term of supervised released. Supervised release began on August 14, 2015, in the Western District of North Carolina.

Ms. Ceballos has submitted a request to travel to Guadalajara Mexico, for the purpose of visiting her family. Ms. Ceballos will leave on June 17, 2017, and return on July 4, 2017. She will be staying with family at Hva Guadalupe, house number 1616 Col.Oblatos, Sector Liberated, Guadalajara Jalisco Mexico, 44700.

Ms. Ceballos has maintained a stable residence and employment since she has been under supervision. She has travel to the same area last year due to family death. There have been no known incidents or noncompliance.

It is recommended that Ms. Ceballos be allowed to travel to Guadalajara Mexico, as long as she remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at 704-350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: May 18, 2017

Robert J. Conrad, Jr.
United States District Judge